2022-2105

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

**ADEE HONEY FARMS, et al.,**
*Plaintiffs*

**MONTEREY MUSHROOMS, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, TROY MILLER, Commissioner of U.S. Customs and Border Protection,**
*Defendants-Appellees*

_____

Appeal from the United States Court of International Trade in No. 1:16-cv-00127-TCS, Senior Judge Timothy C. Stanceu

_____

# NOTICE TO WITHDRAW APPEARANCE OF LAUREN FRAID

Pursuant to Rule 47.3(c) of the Rules of the United States Court of Appeals for the Federal Circuit, Plaintiff-Appellant Monterey Mushrooms, Inc.

1

("Monterey") hereby withdraws the appearance of Lauren Fraid, Esq. as counsel to Monterey in this case.

|  |  |
|---|---|
| | Adam H. Gordon, Esq.<br>**THE BRISTOL GROUP PLLC**<br>1707 L Street, NW, Suite 570<br>Washington, DC 20036<br>202-991-2700 |
| Dated: March 20, 2023 | *Counsel to Plaintiff-Appellant Monterey Mushrooms, Inc.* |