# United States Court of Appeals for the Federal Circuit

---

**ADEE HONEY FARMS, ET AL.,**
*Plaintiffs*

**MONTEREY MUSHROOMS, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, TROY MILLER, ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellees*

---

2022-2105

---

Appeal from the United States Court of International Trade in No. 1:16-cv-00127-TCS, Senior Judge Timothy C. Stanceu.

-------------------------------------------------

**HILEX POLY CO., LLC, SUPERBAG LLC, SUCCESSOR TO SUPERBAG CORP., UNISTAR PLASTICS, LLC, COMMAND PACKAGING, LLC, SUCCESSOR TO GRAND PACKAGING INC., D/B/A COMMAND PACKAGING, ROPLAST INDUSTRIES INC., US MAGNESIUM LLC, SUCCESSOR TO MAGNESIUM CORPORATION OF AMERICA,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, TROY MILLER, ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION, UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellees*

---

2022-2106

---

Appeal from the United States Court of International Trade in No. 1:17-cv-00090-TCS, Senior Judge Timothy C. Stanceu.

---

AMERICAN DREW, AMERICAN OF MARTINSVILLE, BASSETT FURNITURE INDUSTRIES INC., CAROLINA FURNITURE WORKS, INC., CENTURY FURNITURE LLC, DBA CENTURY FURNITURE INDUSTRIES, HARDEN FURNITURE INC., JOHNSTON TOMBIGBEE FURNITURE MFG. CO., KINCAID FURNITURE CO., INC., L & J G STICKLEY, INC., LA-Z-BOY CASEGOODS, INC., LEA INDUSTRIES, MJ WOOD PRODUCTS, INC., MOBEL INC., PERDUES INC., DBA PERDUE WOODWORKS INC., SANDBERG FURNITURE MFG. CO., INC., STANLEY FURNITURE LLC, SUCCESSOR TO STANLEY FURNITURE CO., INC., T COPELAND AND SONS, INC., TOM SEELY FURNITURE LLC, VAUGHAN-BASSETT FURNITURE COMPANY, INC., VERMONT QUALITY WOOD PRODUCTS, LLC, WEBB FURNITURE ENTERPRISES, INC.,
*Plaintiffs-Appellants*

v.

UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, TROY MILLER, ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION,
*Defendants-Appellees*

---

2022-2114

---

Appeal from the United States Court of International Trade in No. 1:17-cv-00086-TCS, Senior Judge Timothy C. Stanceu.

## MANDATE

In accordance with the judgment of this Court, entered July 15, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellee United States in the amount of $44.16 and taxed against the appellants.

FOR THE COURT

September 5, 2024
Date

Jarrett B. Perlow
Clerk of Court